No. 272. ROSE v. McNamara, Secretary of Defense. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Warren E. Magee, Hans A. Nathan, William H. Quasha, Howard B. McClellan, Stuart H. Robeson* and *Roger E. Brooks* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Eardley* and *Morton Hollander* for respondent.

No. 281. WING WA LEE v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Milton T. Simmons* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 283. KNOX v. OHIO. Sup. Ct. Ohio. Motion to defer consideration of the petition and other relief denied. Certiorari denied.

No. 336. LOCAL 254, BUILDING SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Arthur V. Getchell* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.